IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

KENNIE BELL                                                                                              PLAINTIFF

v.                                         CASE NO. 6:16-CV-6052

SALINE COUNTY, ARKANSAS, *et al.*                                              DEFENDANTS

### ORDER

    Before the Court is Plaintiff's Motion to Non-Suit Without Prejudice. ECF No. 6. Plaintiff moves the Court to dismiss all claims in this case without prejudice. Upon consideration, the Court finds that Plaintiff's motion should be and hereby is **GRANTED**. Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**.

    **IT IS SO ORDERED**, this 29th day of September, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge